JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**MARILOU G. ALBA,**<br><br>Defendant. | Case No. CV 13-08980 WDK-PLA<br><br>**JUDGMENT** |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendant Marilou G. Alba, individually and doing business as Salon de Manila, upon the Court's grant of summary judgment in favor of plaintiff.

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendant Marilou G. Alba, individually and doing business as Salon de Manila, shall pay the plaintiff, J & J Sports Productions, Inc., $3,300.00 in total damages.

///

///

///

1  IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States
2 mail or by telefax or by email, copies of this Judgment on counsel for the
3 defendant or the pro se defendant in this matter.

Dated: December 15, 2015

_____
William Keller
United States District Judge